# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Torry Campbell,<br><br>        Plaintiff,<br><br>v.<br><br>Lincoln Life Assurance Company of Boston, et al.,<br><br>        Defendants. | No. CV-21-01097-PHX-MTL<br><br>**ORDER** |

Pursuant to the Parties' Stipulation for Dismissal (Doc. 16), and good cause appearing,

**IT IS ORDERED granting** the Parties' Stipulation for Dismissal (Doc. 16) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 14th day of October, 2021.

Michael T. Liburdi
United States District Judge